UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARINA AVRUTSKAYA,

                Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
18-CV-6267 (PKC)

A Memorandum and Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on March 31, 2020, granting Plaintiff's motion for judgment on the pleadings; denying the Commissioner's cross-motion; and remanding the Commissioner's decision for further consideration consistent with this Memorandum and Order; it is

ORDERED and ADJUDGED that Plaintiff's motion for judgment on the pleadings is granted; that the Commissioner's cross-motion is denied; and that the Commissioner's decision is remanded for further consideration consistent with this Memorandum and Order.

Dated: Brooklyn, New York
       March 31, 2020

Douglas C. Palmer
Clerk of Court

By:    */s/Jalitza Poveda*
       Deputy Clerk